464 A.2d 520

Commonwealth v. McNeal, Appellant.

Submitted June 1, 1983. Leslie Levi Payton, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Order affirmed.